LAW OFFICES
# STILLMAN, FRIEDMAN & SHECHTMAN, P.C.

425 PARK AVENUE
NEW YORK, NY 10022
www.stillmanfriedman.com

CHARLES A. STILLMAN
JULIAN W. FRIEDMAN
PAUL SHECHTMAN
SCOTT M. HIMES
MARJORIE J. PEERCE
JOHN B. HARRIS
JAMES A. MITCHELL
MICHAEL J. GRUDBERG
NATHANIEL Z. MARMUR
───
MARY MARGULIS-OHNUMA
NATHANIEL I. KOLODNY
ELIZABETH S. WEINSTEIN
DANIEL V. SHAPIRO
ERIK M. ZISSU

TELEPHONE
(212) 223-0200

FACSIMILE
(212) 223-1942

**FILED BY ECF**

July 18, 2011

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Richard Giannetto (09-cr-473) (ARR)

Dear Judge Ross:

We write on behalf of Richard Giannetto in response to the Court's July 8 Order regarding restitution. Mr. Giannetto does not oppose the entry of a restitution order in the proposed amount of $1,978.28. We understand that figure to be calculated by multiplying $22,079.05, Mr. Giannetto's full compensation during the relevant period, by 8.96%, the proportion of Mr. Giannetto's total work for Con Edison in the relevant period that the Yankee Stadium Project accounted for.

We are of course available if Your Honor has any questions.

Respectfully submitted,

Marjorie J. Peerce

cc:   Assistant United States Attorney Dan Brownell (*via email*)